**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:  
    Lois Jean Siler  
        Debtor(s).

Case No. 15−23765 WTT  
Chapter 7

## DEFICIENCY NOTICE

The Chapter 7 Petition filed with the Court on 4/27/15 was not accompanied by lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 set forth specific papers that are required to be filed with the Court.

**By the due date(s) specified below,** you must file the papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you feel you are not required to file the listed papers, you may file an explanation of why the papers are not required, or, if grounds exist, a motion to extend the time for filing the missing papers and proposed order. Failure to timely comply may cause your case to be dismissed as described below.

    DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Payment  
    Advices/Evidences of Payment, Incomplete Filings due by 5/11/2015. (mkh)

If you fail to file all of the missing papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case for unreasonable delay.

---

### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

---

Dated: April 28, 2015

                David A. Sime  
                Clerk of Court

# United States Bankruptcy Court
## District of Utah

In re:  
Lois Jean Siler  
    Debtor

Case No. 15-23765-WTT  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: mkh | Page 1 of 1 | Date Rcvd: Apr 28, 2015 |
|---|---|---|---|
| | Form ID: f726 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2015.  
db     +Lois Jean Siler,   1025 W 540 N Apt D,   Saint George, UT 84770-4331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2015 at the address(es) listed below:  
    Bryan  Adamson    on behalf of Debtor Lois Jean Siler badamson@dixielegal.com, jpeterson@dixielegal.com  
    Michael F. Thomson tr    thomson.michael@dorsey.com,   UT17@ecfcbis.com;montoya.michelle@dorsey.com  
    United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
     TOTAL: 3