## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

      Lois Jean Siler
            Debtor(s).

Case No. 15–23765 WTT
Chapter 7

## MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(a) and (b), you are required to pay a fee as follows:

      Clerk's Notice of Case Filing Fees Due. Amount Due: $335.00.
      (mmb)

      The unpaid balance for the voluntary petition and/or any other outstanding fees is still due and owing for this dismissed case. The fees should be paid in full within fourteen (14) days from the date of this notice payable to the Clerk of Court for United States Bankruptcy Court for the District of Utah (no personal checks). If you are a registered e–filer with the court, this fee may be paid by using the event "Electronically Paid Fee" found in the "Debtor Events" or "Other" categories under the "Bankruptcy" menu. This will add the fee to "Internet Payments Due" category.

Dated: April 30, 2015

      David A. Sime
      Clerk of Court

      File all documents and mail to:

      Clerk, U.S. Bankruptcy Court
      350 South Main #301
      Salt Lake City, UT 84101

In re:                                                          Case No. 15-23765-WTT
Lois Jean Siler                                                 Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: mmb          Page 1 of 1          Date Rcvd: Apr 30, 2015
                              Form ID: f242      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2015.
db             +Lois Jean Siler,   1025 W 540 N Apt D,   Saint George, UT 84770-4331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2015 at the address(es) listed below:
           Bryan   Adamson    on behalf of Debtor Lois Jean Siler badamson@dixielegal.com,
           jpeterson@dixielegal.com
           Michael F. Thomson tr    thomson.michael@dorsey.com,   UT17@ecfcbis.com;montoya.michelle@dorsey.com
           United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                  TOTAL: 3