**Form 722**[ODSM 2nd Day−04/08]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  
    Lois Jean Siler

        Debtor(s).

Case No. 15−23765 WTT
Chapter 7

ORDER OF DISMISSAL

    Pursuant to Local Rule 1007−1(d), it is hereby ORDERED that the above−named case is DISMISSED for failure to comply with 11 U.S.C. § 109(h).

Dated and Entered on: April 30, 2015

*William J. Thurman*
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                                  District of Utah
In re:                                                           Case No. 15-23765-WTT
Lois Jean Siler                                                  Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 1088-2         User: mmb              Page 1 of 1            Date Rcvd: Apr 30, 2015
                             Form ID: f722          Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2015.
db           +Lois Jean Siler,    1025 W 540 N Apt D,    Saint George, UT 84770-4331
9802680       Capitol One Bank,    PO Box 60559,   City of industry, CA 91716-0599
9802682      +JM Johnson Mark LLC, Attorneys at Law,    PO Box 7811,   Sandy, UT 84091-7811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9802681       EDI: RMSC.COM May 01 2015 00:43:00      Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
9802683       EDI: PRA.COM May 01 2015 00:43:00      Portfolio Recovery Associates, LLC,   P.O. Box 12914,
               Norfolk, VA 23541
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2015 at the address(es) listed below:
              Bryan Adamson    on behalf of Debtor Lois Jean Siler badamson@dixielegal.com,
               jpeterson@dixielegal.com
              Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3
```