Bryan T. Adamson
The Justice Firm Legal, LLC
132 West Tabernacle
St. George, UT 84770
Telephone: (435)986-8386
Facsimile: (435)986-8388
Email: badamson@dixielegal.com
Attorney for Ms. Siler

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:    Lois Jean Siler | Case No.    15-23765 |
| SSN: xxx-xx-7381 | Honorable William T. Thurman |
| | Chapter 7 |
| Debtor. | *Filed Electronically* |

---

### MOTION TO VACATE ORDER OF DISMISSAL
### AND TO REINSTATE CASE

### (Objection Deadline: July 28, 2015)

---

COMES NOW Debtor, Lois Jean Siler, by and through her attorney, Bryan T. Adamson,

respectfully request this Honorable Court to vacate the Order of Dismissal and to reinstate

Debtor's Chapter 7 Bankruptcy case based on the following grounds:

1. On April 27, 2015 a Voluntary Petition for Chapter 7 Bankruptcy was filed and an

    expired Certificate of Credit Counseling dated July 7, 2014 was attached in error. A

    new Certificate of Credit Counseling had already been obtained on February 11,

    2015, and that Certificate should have been attached with the April 27th Petition.

If the deadline(s) for filing complaints pursuant to Fed. R. Bankr. P. 4004(a) or 4004(c),

motions under Fed R. Bankr. P. 1017(e), or proofs of claim under Fed. R. Bankr. P. 3002 (c)

expired on or after the date the case was dismissed or if less than thirty days remains until such

deadline, debtor(s) waive the right to object to complaints, motions, or proofs of claim filed

under Fed. R. Bankr. P. 4004(a), 4007(c), 1017 (e), and 3002(c) on grounds of timeliness, so

long as they are filed in the 30 days following notice of reinstatement of this case.

WHEREFORE, Debtor requests that this Honorable Court enter an Order vacating the

dismissal and reinstating the Debtor's case, and for such other and further relief as the Court

deems just and proper.

DATED this 6th day of May, 2015.

/s/ Bryan T. Adamson
Bryan T. Adamson,
Attorney for Ms. Siler

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the 6th day of May, 2015, I electronically filed the foregoing MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE and the NOTICE AND OPPORTUNITY FOR HEARING with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- Bryan Adamson    badamson@dixielegal.com, rcampbell@dixielegal.com
- Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on the 6th day of May, 2015, I caused to be served a true and correct copy of the foregoing MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE and the NOTICE AND OPPORTUNITY FOR HEARING as follows:

**Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated April 27, 2015 attached hereto.**

/s/Laura Wilson
Laura Wilson
Legal Secretary