**Form 276**[OSC for Credit Counseling]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

      Lacy Lynn Bouge
              Debtor(s).

Case No. 15–23586 WTT
Chapter 7

## ORDER TO SHOW CAUSE

      Section 109(h)(1) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, disqualifies an individual from being a debtor in bankruptcy "unless such individual has, during the 180–day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing . . . that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis." In turn, § 521(b)(1) of the Bankruptcy Code in conjunction with Federal Rule of Bankruptcy Procedure 1007(b)(3)(A) and (C) requires individual debtors to file the certificate of completion received from the approved nonprofit budget and credit counseling agency with the voluntary petition. Although the Debtor(s) indicated on Exhibit D to the petition that the required prepetition briefing and certificates of completion had been received, no such certificates have been filed in this case. Accordingly, it is hereby

      ORDERED that the Debtor(s) file the required certificates of completion by **May 18, 2015 and** otherwise show cause why the above–captioned case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 1007, or the case will be dismissed.

Dated and Entered on: May 8, 2015

*William J. Thurman*

United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

In re:                                                                      Case No. 15-23586-WTT
Lacy Lynn Bouge                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: gmg              Page 1 of 1              Date Rcvd: May 08, 2015
                             Form ID: f276           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2015.
db              +Lacy Lynn Bouge,    1150 W 360 N #27,    St George, UT 84770-6619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2015                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2015 at the address(es) listed below:
          Bryan   Adamson    on behalf of Debtor Lacy Lynn Bouge badamson@dixielegal.com,
          jpeterson@dixielegal.com
          Michael F. Thomson tr   thomson.michael@dorsey.com,   UT17@ecfcbis.com;montoya.michelle@dorsey.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                        TOTAL: 3